UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————————

In re:

SEGUNDO FRANCISCO TACOAMAN,

Debtor.

Chapter 13
Case No. 1-19-45242-cec

Notice of Appearance and
<u>Request for Notice of Filings</u>

———————————————————————————

     PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for NEW YORK STATE DEPARTMENT OF LABOR and requests notices of filings in this proceeding.

Dated: May 22, 2021

Karen Cacace
Chief of Labor Bureau

Seth Kupferberg
Section Chief, General Labor Section

Respectfully submitted,

Office of the Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8856

By:

_____/s/_____
Seth Kupferberg, Assistant Attorney General