UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 13
                                                                                     Case No. 1-19-45242-JMM
SEGUNDO FRANCISCO TACOAMAN

                                                    Debtor.
-----------------------------------------------------------x

June 4, 2021

**By Electronic Filing**

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Dear Judge Mazer-Marino,

      The Debtor and the New York Department of Labor ("DOL") have agreed to an extension of DOL's time to respond to debtor's objection to the claim made by the DOL in this proceeding. Debtor and DOL hereby adjourn the current hearing date, currently set for June 15. DOL will provide opposition papers on or before July 7, 2021. The Debtor will have until July 14, 2021 to submit a Reply affirmation. The matter will be adjourned to July 15, 2021. The parties agree not seek any further adjournments without a corresponding extension in the Trustee's Motion to Dismiss the claim of the debtor.

      Sincerely,

      By:  /s/ Seth Kupferberg
      **Seth Kupferberg**

**Michael O'Keefe Cowles**
Assistant Attorneys General
Labor Bureau
Office of the New York Attorney General
28 Liberty Street
New York, New York 10005
Phone: 212-416-8703


By: /S/ Hilda Quinto
**Hilda Quinto**
Attorney for the Debtor
Segundo Francisco Tacoaman
40-28 Junction Blvd
Corona, New York 11368
Phone: 718-255-6284