

| LETITIA JAMES<br>Attorney General | STATE OF NEW YORK<br>OFFICE OF THE ATTORNEY GENERAL<br>212 416-8856 | DIVISION OF SOCIAL JUSTICE<br>Labor Bureau |
|---|---|---|

June 11, 2021

<u>Via Electronic Filing</u>

Hon. Jil Mazer-Marino, U.S. Bankruptcy Judge
United States Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, New York 11201-1800

*Re: Segundo Francisco Tacoaman,* Case # 19-45242-JMM

Dear Judge Mazer-Marino:

     Pursuant to your chambers' direction, this is to correct the previously filed adjournment to July 15, 2021 of the hearing date on the Debtor's objection to the claim filed by the New York State Department of Labor, by specifying that the time for the objection to be heard will be 2:00 p.m. Ms. Quinto, the Debtor's counsel, has consented to that time.

     Thank you for your attention and consideration of the case.

                                                    Respectfully,

                                                  /s/
                                                Seth Kupferberg
                                                Assistant Attorney General