UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

SEGUNDO FRANCISCO TACOAMAN,

Debtor.

Chapter 13
Case No. 1-19-45242-cec

Statement With Respect to Proposed
<u>Order Expunging Claim</u>

---

The NEW YORK STATE DEPARTMENT OF LABOR ("DOL") respectfully files this Statement in response to the proposed Order Dismissing Department of Labor claim filed by the Debtor August 25, 2021 (Docket # 49) ("Proposed Order").

The DOL does not oppose the Proposed Order's substance, having resolved its differences with the Debtor, including stipulating that it will not pursue any collection and/or enforcement actions against the Debtor with respect to monies determined to be due and owing in the Order to Comply which gave rise to the DOL claim. However, the words "and the claimant's attorney having defaulted" in the Proposed Order's first paragraph should be replaced by "and the claimant, through its attorney, having consented to this Order."

Dated: August 25, 2021

Karen Cacace
Chief of Labor Bureau

Seth Kupferberg
Section Chief, General Labor Section

Respectfully submitted,

Office of the Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8856

By:

_____/s/_____
Seth Kupferberg, Assistant Attorney General