UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:                                              Chapter 13

Segundo Francisco Tacoaman                          File No. 19-45242

      Debtor

_____X

### ORDER DISALLOWING CLAIM NO. 4-1 FILED BY
### THE NEWYORK STATE DEPARTMENT OF LABOR CLAIM

      Upon the motion (ECF No. 42) (the "Motion") of Segundo Tacoaman to disallow the claim filed by the New York Department of Labor, identified on the Claims Register as Claim No. 4-1, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3002, 3003 and 3007, and a hearing on the Motion having been held on July 15, 2021; and Hilda E. Quinto, counselor for debtor, Segundo Tacoaman having appeared in support of motion and the claimant's attorney having defaulted, and sufficient cause having been shown, it is

      **ORDERED** that pursuant to Bankruptcy Code section 502(b) Claim Number 4-1 filed by the New York State Department of Labor is disallowed in full.



**Dated: Brooklyn, New York**
**January 24, 2022**

                                    **Jil Mazer-Marino**
                                **United States Bankruptcy Judge**